888

Wesley **MERRITT**, Appellant,

v.

**UNITED STATES of America,**
**Appellee.**

No. 18605.

United States Court of Appeals
Fifth Circuit.

March 30, 1961.

William L. Gower, William T. Brooks, Atlanta, Ga., for appellant.

J. Robert Sparks, Asst. U. S. Atty., William C. O'Kelley, Asst. U. S. Atty., Atlanta, Ga., Charles D. Read, Jr., U. S. Atty., John W. Stokes, Jr., Asst. U. S. Atty. Atlanta, Ga., for appellee.

Before JONES and BROWN, Circuit Judges, and CONNALLY, District Judge.

PER CURIAM.

No prejudicial error appearing, the judgment of the district court is

Affirmed.

**Elmer Robles CASTILLO**, Appellant,

v.

**UNITED STATES of America,**
**Appellee.**

No. 16988.

United States Court of Appeals
Ninth Circuit.

March 21, 1961.

E. R. Williams, Stockton, Cal., for appellant.

Laurence E. Dayton, U. S. Atty., John Kaplan, Asst. U. S. Atty., and Charles W. Getchell, Jr., Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before ORR, BARNES, and JERTBERG, Circuit Judges.

PER CURIAM.

We have examined the contentions made by appellant and find them to be without merit.

Judgment affirmed.

**UNITED STATES ex rel. Acie ESTELLE,**
Appellant,

v.

**COMMONWEALTH OF PENNSYLVANIA et al. and James F. Maroney, Superintendent, State Correctional Institution, Pittsburgh, Pa.**

No. 13396.

United States Court of Appeals
Third Circuit.

Submitted on Briefs Feb. 21, 1961.

Decided March 27, 1961.

Acie Estelle, pro se.

Richard E. McCormick, Dist. Atty. of Westmoreland County, John K. Best, 1st Asst. Dist. Atty. of Westmoreland County, Greensburg, Pa., for appellee.

Before KALODNER, STANLEY and FORMAN, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The Order of the District Court denying the petition for writ of habeas corpus will be affirmed.